# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 13 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

United States of America
v.
TUSTUJI MATU WAKAUWN

Case No: 2:12-CR-06060-EFS-1
USM No: 

Date of Original Judgment: 07/09/2013
Date of Previous Amended Judgment: 
*(Use Date of Last Amended Judgment if Any)*

Andrea K. George
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 100 months **is reduced to** 78.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 07/09/2013 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12/13/2017

*Judge's signature*

Effective Date: _____
*(if different from order date)*

The Honorable Edward F. Shea    Senior Judge, U.S. District Court
*Printed name and title*