PROB 12C
(6/16)

Report Date: October 8, 2021

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2021

SEAN F. McAVOY, CLERK

Name of Offender: Tustuji Matu Wakauwn    Case Number: 0980 2:12CR06060-EFS-1

Address of Offender:                            , Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 9, 2013

Original Offense:    Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1)

Original Sentence:    Prison - 100 months;    Type of Supervision: Supervised Release
                      TSR - 48 months

Amended Sentence:    Prison - 78 months;
(12/13/2017)         TSR - 48 months

Asst. U.S. Attorney:    Alexander Carl Ekstrom    Date Supervision Commenced: January 14, 2019

Defense Attorney:    Amy Rubin    Date Supervision Expires: January 13, 2023

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/1/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.<br><br>**Supporting Evidence**: It is alleged that Tustuji Matu Wakauwn violated the terms of supervised release by being in possession of a firearm, on or about October 7, 2021.<br><br>On January 14, 2019, supervision commenced in this matter. On that same day a supervision intake was completed with Mr. Wakauwn. His judgment was reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court, to include mandatory conditions number 2 and 5, noted above. |

Prob12C
**Re: Wakauwn, Tustuji Matu**
**October 8, 2021**
**Page 2**

On October 7, 2021, a search was being conducted at a suspected drug distribution residence in Spokane, Washington.

The Drug Enforcement Administration (DEA) advised that during the course of the search, Mr. Wakauwn approached the residence. He was found to be in possession of a loaded 9mm Smith and Wesson handgun.

In addition, he was in possession of approximately a pound and a half of suspected methamphetamine. The investigation is ongoing.

Mr. Wakauwn was then arrested on his United States Marshals warrant.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/08/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

October 12, 2021
Date